**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Peter James HOLLER, Defendant–Appellant.**

No. 06–50077.

United States Court of Appeals, Ninth Circuit.

Submitted March 18, 2008.*

Filed March 25, 2008.

Elana Shavit Artson, Esq., Becky S. Walker, Esq., Elizabeth M. Fishman, Esq., USLA–Office of the U.S. Attorney Criminal Division, Los Angeles, CA, for Plaintiff–Appellee.

Sylvia Baiz, Esq., San Diego, CA, for Defendant–Appellant.

Before: CANBY, T.G. NELSON, and BEA, Circuit Judges.

### MEMORANDUM **

Peter James Holler appeals from the district court's decision, following a limited remand under *United States v. Ameline*,

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

409 F.3d 1073, 1084–85 (9th Cir.2005) (en banc), that it would not have imposed a different sentence had it known that the Sentencing Guidelines were advisory. We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

On appeal from an *Ameline* remand, where the district court determined that it would not have imposed a different sentence had it known that the Sentencing Guidelines were advisory, our task is to determine "[w]hether the district [court] properly understood the full scope of [its] discretion in a post-*Booker* world." *United States v. Combs,* 470 F.3d 1294, 1297 (9th Cir.2006). We also address any issues raised in the appellant's initial appeal that were not decided prior to the *Ameline* remand. *See United States v. Thornton,* 511 F.3d 1221, 1227 (9th Cir.2008).

In this case, we conclude that the district court understood "the full scope of [its] discretion in a post-*Booker* world." *See Combs,* 470 F.3d at 1297. We also conclude that Holler has not raised any issues that are reviewable. *See id.; see also Thornton,* 511 F.3d at 1227.

**AFFIRMED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.